## Commonwealth *v.* Arthur, Appellant.

Submitted March 13, 1972. *Arthur K. Dils,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.